UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GENNIVEIVE JACOBS,

           Plaintiff,

  v.

WILLIAM HENRY,

           Defendant.

Case No. C21-0999-RAJ

ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS

      Because Plaintiff does not appear to have funds available to afford the $402 filing fee, Plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, Plaintiff's IFP application, Dkt. 1, is GRANTED. The Clerk of the Court is directed to send a copy of this Order to Plaintiff and to the assigned District Judge.

      Dated this 29th day of July, 2021.

*[signature]*

S. KATE VAUGHAN
United States Magistrate Judge

- 1